# Court of Appeals
# of the State of Georgia

ATLANTA,  September 10, 2025

*The Court of Appeals hereby passes the following order:*

**A26D0062. AMIR IBAN SHORT v. THE STATE.**

Amir Short was indicted for rape, aggravated assault, and other offenses. Short, pro se, filed a motion to quash the indictment. The trial court denied the motion, finding that he was represented at the time he filed the motion and declining to exercise its discretion to recognize the pro se filing. Short then filed a discretionary application to this Court. We lack jurisdiction.

The case still remains pending in the trial court. Thus, Short was required to follow the interlocutory appeal procedures set forth in OCGA § 5-6-34 (b) — including securing a certificate of immediate review from the trial court — to appeal the order. See OCGA § 5-6-34 (b); *Boyd v. State*, 191 Ga. App. 435, 435 (383 SE2d 906) (1989). Short's filing of an application for a discretionary appeal does not excuse him from complying with the interlocutory appeal procedures set forth in OCGA § 5-6-34 (b). See *Bailey v. Bailey*, 266 Ga. 832, 832-833 (471 SE2d 213) (1996) (where a party is appealing an interlocutory order, the filing of an application for a discretionary appeal is insufficient to confer jurisdiction on the appellate court).

For these reasons, we lack jurisdiction to consider this application, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* __09/10/2025_____

 *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

 *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*